
ATTEST:
A TRUE COPY CERTIFIED
John E. Triplett, Acting Clerk
United States District Court
By cradams at 11:43 am, Jun 07, 2021

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 JUN -4 A 11: 13

CLERK C Adams
SO. DIST. OF GA.

IN RE:  **BRIAN K. EPPS**  **1:21-MC-017**
**FULL-TIME UNITED STATES MAGISTRATE JUDGE**

## ORDER OF APPOINTMENT

In accordance with the authority conferred by 28 U.S.C. Section 631, _et seq._, and the further authority granted, and action taken by the Judicial Conference of the United States, and upon unanimous vote of the United States District Judges, for this district.

IT IS ORDERED that the foregoing Full-Time United States Magistrate Judge be and he is hereby, appointed as such and at the salary as fixed by the Judicial Conference of the United States, with his official station being designated as Augusta, Georgia.

Said Full-Time United States Magistrate Judge shall enter upon the performance of his official duties on the 6th day of June 2021, but prior to the commencement of such duties, he shall take the oath or affirmation prescribed by 28 U.S.C. Sections 453 and 631(g).

The said Full-Time United States Magistrate Judge is to hold and discharge the duties of his office for a term of eight (8) years from the date of this appointment, subject to the provisions of 28 U.S.C. Section 631(e), unless sooner removed.

The aforesaid Full-Time United States Magistrate Judge is specifically designated to hear, try, and determine misdemeanor cases in accordance with the 18 U.S.C. Section 3401.

The Clerk shall cause certified copies of this Order to be spread upon the records of the several divisions of this Court and shall, likewise, forward a certified copy of this Order to the

Director of the Administrative Office of the United States Courts, as required by 28 U.S.C

Section 631(h).

SO ORDERED, this ___4th___ day of ___June___, 2021.

_____

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia